FILED: December 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2193

_____

DANIELLA EASTERBROOK,

       Plaintiff – Appellant,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

       Defendant – Appellee.

_____

O R D E R

_____

The court amends its opinion filed December 11, 2023, as follows:

On the cover page, in the attorney information section, the spelling of Matthew James Mezger's last name is corrected.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk